U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

RECEIVED NOV - 6 2007

United States District Court
for the
District of Columbia

TO: Carol Holinka, Warden - Individual Cap.
F.C.I. - Waseca
1000 University Dr., SW
Waseca, TX 56093

Civil Action, File Number 07-1166 RWR

Stephen C. Ballard
v.
Carol Holinka, Warden, et al

...ved pursuant to the Federal Rules of Civil Procedure.

...nt part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...rpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...r other entity, you must indicate under your signature your relationship to that entity. If ... authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

...of this form, you (or the party on whose behalf you are being served) must answer the ...s were sent. If you fail to do so, judgment by default will be taken against you for the ...

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was ...

Signature (USMS Official)

...T OF RECEIPT OF SUMMONS AND COMPLAINT

...ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carol Holinka, Warden
Official Capacity
F.C.I. - Waseca
1000 University Dr., SW
Waseca, TX 56093

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 11-2-07

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0003 7140 4293

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

07-1166 10-30-07

U.S. Department of Justice
United States Marshals Service

# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of Columbia

TO:
Carol Holinka, Warden - Official Capacity
F.C.I. - Waseca
1000 University Dr., SW
Waseca, TX 56093

Civil Action, File Number 07-1166 RWR

Stephen C. Ballard
V.
Carol Holinka, Warden, et al

The enclosed ... rved pursuant to the Federal Rules of Civil Procedure.

... ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... urpose. Keep copy 3 for your records.

... NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... other entity, you must indicate under your signature your relationship to that entity. If ... authorized to receive process, you must indicate under your signature your authority.

... 2 of this form to the sender within ___ days, you (or the party on whose behalf you ... incurred in serving a summons and complaint in any other manner permitted by law.

... f this form, you (or the party on whose behalf you are being served) must answer the ... were sent. If you fail to do so, judgment by default will be taken against you for the ...

... otice and Acknowledgment of Receipt of Summons and Complaint By Mail was ...

Signature (USMS Official)

... OF RECEIPT OF SUMMONS AND COMPLAINT

... d a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carol Holinka, Warden
Individual Capacity
F.C.I. - Waseca
1000 University Dr., SW
Waseca, TX 56093

2. Article Number (Transfer from service label) 7004 2510 0003 7140 3845

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 11-2-07

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☒ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

07-1166 10-30-07 3727