UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN C. BALLARD, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>CAROL HOLINKA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1166 (RWR)<br>(ECF) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Carol Holinka, Harrell Watts and Harley Lappin as well as the Federal Bureau of Prisons ("BOP") (collectively "Defendants"), in their official and individual capacities, respectfully request an enlargement of time for Defendants to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due December 31, 2007. Defendants request to and including February 13, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, attempts to bring this Bivens action against the Defendants.[1] Because Plaintiff appears to allege a Bivens action, the individual federal Defendants sued may request legal representation by the Department of Justice ("DOJ"). 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ, if the request is approved, this Office would likely be appointed as counsel. The process begins, however, with

---

[1] By way of this motion for an extension of time, the individual federal defendants do not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit, and all such defenses are expressly preserved.

a request from the federal employees and their respective agency. That process is underway for all Defendants. This enlargement will enable time to obtain approval for all named Defendants and the filing of a single response for all.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

December 27, 2007                              Respectfully submitted,

                                               _/s/_____
                                               JEFFREY A. TAYLOR, D.C. BAR # 498610
                                               United States Attorney

                                               _/s/_____
                                               RUDOLPH CONTRERAS, D.C. BAR # 434122
                                               Assistant United States Attorney

                                               _/s/_____
                                               KENNETH ADEBONOJO
                                               Assistant United States Attorney
                                               Judiciary Center Building
                                               555 4th Street, N.W. – Civil Division
                                               Washington, D.C.  20530
                                               (202) 514-7157
                                               (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Stephen C. Ballard
R# 10720-031
F.C. I. Waseca
POB 1731
Waseca, MN 56093


on this 27th day of December 2007.     _____/s/_____
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN C. BALLARD )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>CAROL HOLINKA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1166 (RWR)<br>(ECF) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before February 13, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Stephen C. Ballard
R# 10720-031
F.C. I. Waseca
POB 1731
Waseca, MN 56093