UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN C. BALLARD,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CAROL HOLINKA, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-1166 (RWR)<br>)  (ECF)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

　　Carol Holinka, Harrell Watts and Harley Lappin as well as the Federal Bureau of Prisons ("BOP") (collectively "Defendants"), in their official and individual capacities, respectfully request an enlargement of time for Defendants to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due February 13, 2008. Defendants request to and including March 13, 2008, for all Defendants to file an answer or otherwise respond to the complaint.

　　Defendants have sought authorization for representation and that process is close to completion. The undersigned learned only late last week from Agency Counsel that representation had not yet been finalized. This enlargement will enable time to obtain approval for all named Defendants and the filing of a single response for all.

　　Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

| | |
|---|---|
| February 11, 2008 | Respectfully submitted, |
| | _/s/_____<br>JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney |
| | _/s/_____<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney |
| | _/s/_____<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, N.W. – Civil Division<br>Washington, D.C. 20530<br>(202) 514-7157<br>(202) 514-8780 (facsimile) |

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Stephen C. Ballard
R# 10720-031
F.C. I. Waseca
POB 1731
Waseca, MN 56093

on this 11th day of February, 2008.     \_\_\_\_\_/s/_____
                                              KENNETH ADEBONOJO
                                              Assistant United States Attorney