UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN C. BALLARD,<br><br>   Plaintiff<br><br>  v.<br><br>CAROL HOLINKA, et al.<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-1166 (RWR)<br>) (ECF)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

  Carol Holinka, Harrell Watts and Harley Lappin as well as the Federal Bureau of Prisons ("BOP") (collectively "Defendants"), in their official and individual capacities, respectfully request an enlargement of time for Defendants to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due tomorrow, March 13, 2008. Defendants request to and including March 24, 2008, for all Defendants to file an answer or otherwise respond to the complaint. Good cause in support of this motion is stated below:

  In the midst of other pressing matters, the undersigned is out of the office for two days this week attending to depositions in the matter of Whitney v. USA, 07-1005 and preparing for oral argument before the Circuit Court of Appeals this Friday in the matter of In re Collins, 07-5358.

  Defendants' response is nearing completion but the undersigned requests this brief extension to review additional documents from Agency Counsel, finalize the response and submit for supervisory review.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

March 12, 2008                          Respectfully submitted,

                                          /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                          /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                          /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## **CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Stephen C. Ballard
R# 10720-031
F.C. I. Waseca
POB 1731
Waseca, MN 56093

on this 12th day of March, 2008.   _____/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney