RECEIVED
APR 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN C. BALLARD, )
)
    Plaintiff, )
)
vs. ) Civil Action No. 07-1166(RWR)
)
CAROL HOLINKA, et al., )
)
    Defendants. )

### APPLICATION FOR EXTENSION OF TIME

COMES NOW the Plaintiff, Stephen C. Ballard, and applies for an extension of time in which to respond to the Motion to Dismiss, as filed by the Defendants herein, and in support thereof, would show the Court as follows:

1. That Plaintiff has not received a copy of the Motion to Dismiss which has apparently been filed by the Defendants herein.

2. That Plaintiff has written the Clerk of this Court, as evidenced by letter of April 7, 2008, attached hereto, but has not yet received a response.

3. That Plaintiff's only information as to the filing of a dispositive motion by the Defendants was evidenced by the Motion to Enlarge time to Answer which was filed by Defendants on or about February 11, 2008.

4. That Plaintiff will need additional time in which to secure a copy of the pending Motion to Dismiss, and to further prepare a response to the arguments and authorities as presented by the Defendants.

WHEREFORE, Plaintiff respectfully prays the Court to grant an extension of time until May 30, 2008, to permit to obtain a copy of the Motion to Dismiss and to prepare a proper response.

                                               *Stephen C. Ballard*
                                               Stephen C. Ballard #10721-031
                                               Camp El Reno, P.O.Box 1500
                                               El Reno, OK 73036

### CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a copy of the above and foregoing Application for Extension of Time was mailed on this 20th day of April, 2008, by first-class mail, with postage prepaid, to Kenneth Adebonojo, AUSA, Judiciary Bldg. 555 Fourth St. N.W., Civil Div., Washington, D.C. 20530