UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN C. BALLARD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROL HOLINKA, et al., )<br>)<br>Defendants. ) | Civil Action No. 07-1166(RWR) |

APPLICATION FOR EXTENSION OF TIME

    COMES NOW the Plaintiff, Stephen C. Ballard, and moves the Court for additional time in which to respond to the Motion to Dismiss, as filed by the Defendants herein, and in support thereof, would show the Court as follows:

    1. That as stated in Plaintiff's previous Application for Extension of Time as filed herein on April 20, 2008, a copy of the Motion to Dismiss was not properly forwarded to the Plaintiff through the mail system.

    2. That Plaintiff requested a copy from the clerk's office, and also from the office of opposing counsel, and finally received a copy about ten(10) days ago.

    3. That the Motion to Dismiss, along with the accompanying brief in support, is very complex and lengthy, and Plaintiff will need a substantial amount of time to prepare a decent response to the arguments and authorities therein.

    4. That this Application is not made for purposes of delay, but that in order that justice might be served.

    WHEREFORE, Plaintiff respectfully prays the Court to grant an extension of time until June 30, 2008, in which to prepare and complete his Response to the Motion to Dismiss in the captioned matter.

                                                         */s/ Stephen C. Ballard*
                                                       Stephen C. Ballard   #10721-031
                                                       Camp El Reno, P.O.Box 1500
                                                       El Reno, OK 73036

Certificate of Service

    The undersigned does hereby certify that a copy of the above and foregoing Application for Extension of Time was mailed on this 27th day of May, 2008, by first-class mail, with postage prepaid, to Kenneth Adebonojo, AUSA, Judiciary Bldg., 555 Fourth St. N.W., Civil Div. Washington, D.C. 20530

                                                                                    */s/ Stephen C. Ballard*
                                                                                    Stephen C. Ballard