UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN C. BALLARD,<br><br>      Plaintiff<br><br>      v.<br><br>CAROL HOLINKA, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-1166 (RWR)<br>)  (ECF)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A REPLY
MEMORANDUM IN RESPONSE TO PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

    Carol Holinka, Harrell Watts and Harley Lappin as well as the Federal Bureau of Prisons ("BOP") (collectively "Defendants"), in their official and individual capacities, respectfully request an enlargement of time for Defendants to file a reply memorandum in response to Plaintiff's opposition to Defendants' Motion to Dismiss. Defendants' reply is due tomorrow, July 22, 2008. Defendants request to and including July 31, 2008, to file their reply memorandum. Good cause in support of this motion is stated below:

    The undersigned had been preparing for a trial in the matter of <u>Whitney v. USA</u>, 07-1005, scheduled to begin on Monday July 28, 2008. That matter only settled only late last week. The undersigned was also assigned to emergent duty last week during which certain matters arose that took precedence of this matter.

    Nevertheless, the undersigned seeks this brief extension to complete Defendants' reply, which is already in progress, confer with Agency Counsel, and submit same for supervisory review and comment.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

July 21, 2008                                    Respectfully submitted,

                                                 /s/_____
                                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                 United States Attorney

                                                 /s/_____
                                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                 Assistant United States Attorney

                                                 /s/_____
                                                 KENNETH ADEBONOJO
                                                 Assistant United States Attorney
                                                 Judiciary Center Building
                                                 555 4th Street, N.W. – Civil Division
                                                 Washington, D.C.  20530
                                                 (202) 514-7157
                                                 (202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Defendants' Motion to Enlarge Time to File a Reply to Plaintiff's opposition to Defendants' Motion to Dismiss to be served by first class mail upon *pro se* plaintiff at:

Stephen C. Ballard
R# 10720-031
F.C. I. Waseca
POB 1731
Waseca, MN 56093

on this 21st day of July, 2008.       \_\_\_\_\_/s/_____
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney